RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/26/11
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANGELO A. GONZALEZ　　　　　　　　　DOCKET NO. 11-CV-414; SEC. P
A.K.A. ANGELO A. GONZALES

VERSUS　　　　　　　　　　　　　　　　JUDGE DEE D. DRELL

CORRECTIONS CORPORATION OF　　　　MAGISTRATE JUDGE JAMES D. KIRK
AMERICA, ET AL.

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 26th day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE